# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00623-CR

**Patricia Jones, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT
NO. D-1-DC-90-103402, HONORABLE MACE B. THURMAN, JR., JUDGE PRESIDING**

---

**&**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
NO. D-1-DC-06-203481, HONORABLE BRENDA P. KENNEDY, JUDGE PRESIDING**

---

**&**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 427TH JUDICIAL DISTRICT
NO. D-1-DC-10-201241, HONORABLE JIM CORONADO, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Patricia Jones attempts to bring for review in a single appeal five separate causes from the trial court level. In 1990, in cause number D-1-DC-90-103402 from the 147th District Court of Travis County, appellant was found guilty of aggravated robbery with a deadly weapon and sentenced to 15 years imprisonment. Cause number D-1-DC-06-203481 from the 403rd District Court of Travis County was dismissed in 2007. Cause number D-1-DC-10-201241 from the 427th District Court of Travis County was dismissed in 2010. The deadlines for filing an

appeal in any of these causes have long since run, depriving this Court of jurisdiction over appellant's complaints. *See* Tex. R. App. P. 26.2(a); *Blanton v. State*, 369 S.W.3d 894, 902 (Tex. Crim. App. 2012) ("A timely notice of appeal is necessary to invoke appellate jurisdiction.").

After consultation with the district clerk's office, it was determined that no records of the fourth and fifth cause numbers that are being appealed exist. We sent a letter to appellant asking her to explain how this Court might have jurisdiction over the causes she seeks to appeal, but we have not received any response. Thus, we lack jurisdiction over her complaints and must dismiss the appeal for want of jurisdiction. Tex. R. App. P. 42.3(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton,and Bourland

Dismissed for Want of Jurisdiction

Filed:   March 26, 2015

Do Not Publish

2